IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE HITCHENS, ANNE BERNOSKY, ELIZABETH BLADEL, GLORIA BOMBARA-LAUX, JANICE CMAR, LESLIE GREEN, CHRISTINE KEDZUF, VICTORIA MANNION, MARIA MARCINAK, CARLA MCCUE, LOIS MURRAY, NANCY PARKER, DELORES PETRICCA, SONYA RING, KATHLEEN SEKELY, SUZETTE SPROWLS, AND RENEE WENTZEL, | Civil Action No. 2:10-cv-01228-DSC |
| Plaintiffs, | |
| v. | Judge David S. Cercone |
| PETERS TOWNSHIP SCHOOL DISTRICT, | |
| Defendant. | Jury Trial Demanded |

## STIPULATION OF DISMISSAL

The parties, through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal having reached a settlement satisfactory to all parties, it is hereby agreed that this action shall be dismissed with prejudice. The parties agree to bear their own attorney's fees and costs.

Respectfully submitted:

/s/ Colleen Ramage Johnston
Colleen Ramage Johnston
PA I.D. No. 64413
Nikki Velisaris Lykos
PA I.D. No. 204813
**Rothman Gordon, PC**
310 Grant Street, Third Floor
Pittsburgh, PA 15219
(412) 338-1131

Counsel for Plaintiffs
ND: 4819-7153-9485, v. 1 | 60360-001

/s/ Christian D. Bareford
Christian D. Bareford
PA I.D. No. 83982
**Weiss Burkhardt Kramer, LLC**
445 Fort Pitt Blvd., Suite 503
Pittsburgh, PA 15219
(412) 391-9890

Counsel for Defendant