IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE HITCHENS, ANNE BERNOSKY, ELIZABETH BLADEL, GLORIA BOMBARA-LAUX, JANICE CMAR, LESLIE GREEN, CHRISTINE KEDZUF, VICTORIA MANNION, MARIA MARCINAK, CARLA MCCUE, LOIS MURRAY, NANCY PARKER, DELORES PETRICCA, SONYA RING, KATHLEEN SEKELY, SUZETTE SPROWLS, AND RENEE WENTZEL, | Civil Action No. 2:10-cv-01228-DSC |
| Plaintiffs, | |
| v. | Judge David S. Cercone |
| PETERS TOWNSHIP SCHOOL DISTRICT, | |
| Defendant. | Jury Trial Demanded |

**ORDER OF COURT**

AND NOW, this 22nd day of August, 2014, based upon the stipulation of the parties, and the court having been advised that this matter has been resolved, it is hereby ORDERED that the above civil action is DISMISSED with prejudice, each party to bear their own fees, costs and expenses and, FURTHER, that this court shall retain jurisdiction for purposes of interpreting and enforcing the Agreement of the parties.

*DS Cercone*

David S. Cercone
United States District Judge

ND: 4836-4539-5485, v. 1 | 60360-001